CLS
7/28/22

DOA: 6/12/22

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>STEPHAN SEBASTIAN OROZCO,<br><br>                              Defendant. | Case No.:   22MJ8533<br><u>COMPLAINT FOR VIOLATION OF:</u><br><br>18 U.S.C. § 924(m) –<br>Stealing Firearms from a Federal<br>Firearms Licensee<br>(Felony) |

The undersigned complainant being duly sworn states:

COUNT 1

On or about June 12, 2022, within the Southern District of California, defendant STEPHAN SEBASTIAN OROZCO, knowingly stole firearms from The Gun Shop, a Federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to wit: eighteen (18) pistols and three (3) revolvers that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 924(m).

//
//
//
//
//

The complainant further states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
ANGELICA CARPENTER, SPECIAL AGENT
Bureau Of Alcohol, Tobacco, Firearms & Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of July 2022.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

STEPHAN SEBASTIAN OROZCO.

## **PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information by participating in the investigation and/or from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about June 14, 2022, ATF became aware of a past occurred burglary that happened at The Gun Shop, a Federal Firearms Licensee (FFL), located at 510 Broadway Street, El Centro CA. The FFL discovered they had been broken into when employees arrived June 14, 2022, to open for business. Prior to that, employees had closed for business on June 11, 2022. It was later determined that on June 12, 2022, three (3) male individuals forced entry from the rear of the FFL and had stolen eighteen (18) pistols and three (3) revolvers.

The FFL is a brick building with two (2) access points, which are a front door and a rear metal roll up door. The rear metal roll up door was pried open with enough room for a small individual to fit through. From the rear roll up door, there is a work area containing several tools and items. Some of the tools located in this area were utilized to pry open a metal storm door, and then another solid door to gain entry into the back storage area of the FFL. In this storage area, several firearms were being stored on shelves. According to the FFL, these firearms were awaiting the ten (10) day transfer period, per CA state law, before being transferred to their owners or purchasers. There were also several other firearms located in a side room, which were part of the FFL's inventory. A complete inventory of the FFL's firearms was conducted and it was determined that the following twenty-one (21) firearms were stolen:

//

| Manufacturer | Model | Serial Number | Caliber | Type |
|---|---|---|---|---|
| Walther | P22ML | WA297401 | 22LR | Pistol |
| Glock | 22 GEN 3 | BRGR648 | 40 | Pistol |
| Glock | 27 GEN 3 | BSME461 | 40 | Pistol |
| Glock | 19 GEN 5 | BSCS344 | 9 | Pistol |
| Rock Island Armory | M1911A1-CS | RIA2389429 | .45 | Pistol |
| Colt | 1911 | 45928 | .45 | Pistol |
| Glock | 19 GEN 3 | BVTS336 | 9 | Pistol |
| Glock | 26 GEN 3 | BWHV221 | 9 | Pistol |
| Colt | 1911 ACE | SM17067 | .22 | Pistol |
| Colt | 1903 | 145443 | .32 | Pistol |
| Glock | 35 GEN 3 | BWMY859 | 40 | Pistol |
| Colt | 1871 | SA96130 | .45 long Colt | Revolver |
| Colt | 1871 | SA96564 | .45 long Colt | Revolver |
| Smith & Wesson | 686 | BPF5687 | .357 | Revolver |
| Sig Sauer | P229 | AH14554 | 40 | Pistol |
| Glock | 27 GEN 3 | BXAS031 | 40 | Pistol |
| Sig Sauer | P229 | AH14450 | 40 | Pistol |
| Glock | 26 GEN 5 | AGSR560 | 9 | Pistol |
| Glock | 27 GEN 3 | HHL945 | 40 | Pistol |
| Glock | 26 GEN 3 | BWHW180 | 9 | Pistol |
| Colt | 1911 Gov't Classic | GV216998 | .45 | Pistol |

The total value of the aforementioned stolen firearms, as provided by the FFL, is approximately $17,894.28. Additionally, three (3) of the stolen firearms belonged to belonged to Imperial County Sheriff's Office (ICSO) deputies, and "ICSO" is engraved on those firearms.

Records checks showed there was a previous attempt to burglarize the FFL on June 10, 2022. The FFL noticed that on that date, when opening for business, the front door

frame and lock were tampered with. No forced entry was made and FFL simply filed a police report with El Centro Police Department (ECPD).

Video surveillance camera footage was able to be obtained from the business next door to the FFL, and from a resident who resides just north of the FFL. From the video surveillance, it was learned that on June 12, 2022, just prior to 3:00 AM, three (3) younger males are observed walking through the gated apartment complex just north of the FFL and are seen approaching the rear roll up metal door located at the FFL. The males are observed carrying a vehicle jack and backpacks. At approximately 4:00 AM the three male individuals are observed walking away from the rear of the FFL carrying multiple firearm boxes and the vehicle jack. The males then walk Eastbound through the alley out of sight.

The video surveillance footage from June 10, 2022, showed that two (2) younger hispanic males were walking around the FFL at approximately 1:15 AM. The two (2) individuals also walk directly up to the business next door and peer in the window. From this video a clear face shot of both suspects is able to be observed.

ECPD applied for and obtained a Reverse Geolocation Google search warrant in an attempt to locate any cellular devices in the area of the FFL during the burglary. This warrant requested Google to provide any identifiable information for Google accounts that reported a GPS, cellular, Wi-Fi or Bluetooth sourced location history data generated from devices that reported a location within the geographical area 510 Broadway, El Centro CA on June 12, 2022, from 0000 hours-0400hours.

Two (2) device IDs were confirmed from Google to be present at the time of the FFL burglary. ECPD requested subscriber names, street address, telephone numbers, email addresses, services, and Google services subscribed to, the account, pertaining to the two (2) anonymized device IDs. One of those device IDs was identified as belonging to STEPHAN SEBASTIAN OROZCO, hereinafter referred to as OROZCO, based on the subscriber information provided by Google. The second device ID subscriber was able to be ruled out based on several investigative efforts.

The location data provided by Google between the aforementioned hours on June 12, 2022, for OROZCO's phone was mapped out. This location data showed that OROZCO's phone was located at or near his residence, 815 Euclid Avenue, El Centro, CA, at approximately 1:57 AM. OROZCO's phone location is then observed at the FFL between approximately 2:54AM and 3:03 AM.

Records checks for OROZCO were conducted. OROZCO's CA driver's license photo and social media photos displayed similar facial characteristics with the surveillance footage.

Based on the aforementioned information, ATF applied for and obtained a residential search warrant for OROZCO's residence. On July 27, 2022, that search warrant was served and OROZCO was taken into custody. The only item seized after a search of the residence was OROZCO's phone.

A custodial interview of OROZCO was conducted. Post-Miranda, OROZCO admitted to his involvement in the burglary of the FFL. OROZCO stated he and two (2) other individuals, one being a juvenile, took a vehicle jack from OROZCO's uncle's house, which is next to OROZCO's. OROZCO then admitted they walked to the FFL and broke in. OROZCO admitted that they left the FFL on foot and continued to walk around El Centro, discarding the firearm boxes as they went.

OROZCO claimed it was not planned burglary. OROZCO further stated that had it actually been planned, they could have stolen more firearms, but they only had one (1) backpack. OROZCO was confronted with the attempted burglary two (2) days prior. OROZCO admitted he and one of the other accomplices did go to the FFL, but claimed, "nothing happened".

OROZCO was shown screenshots of the video surveillance footage, as well as the video from the residential area. OROZCO identified himself on these screenshots and in the video.

OROZCO stated he did not keep any firearms for himself and that the firearms were left with his accomplices. OROZCO also stated the firearms were given away or sold, and

6

that he was provided with $200 for his involvement approximately two (2) days after the burglary.

Preliminary checks by ATF were conducted on the aforementioned stolen firearms and it was determined that they have all traveled in, and/or affected interstate commerce.